IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re
Ervin & JoAnn Maddrey                                              Case No. 05-30505-T
Debtor(s)                                                                    Chapter 13

### NOTICE OF HEARING

TO:    All Creditors and Parties in Interest

NOTICE IS HEREBY GIVEN that an Application for Allowance has been filed in this matter for the compensation of the attorneys for the debtor(s).

A hearing thereon will be held before the Honorable Douglas O. Tice, Room 335, at United States Bankruptcy Court, United States Courthouse Annex, 1100 East Main Street, Richmond, Virginia, on May 3, 2006, at 10:30 AM.  All interested parties are invited to attend and be heard.

Pursuant to Local Rule 2016-1(C) Et. Seq., any objecting party to the Application for Allowance shall file such objection with the Court within ten (10) days.


/s/ Laura T. Alridge
Laura T. Alridge (VSB #42549)

### CERTIFICATION OF SERVICE

As an attorney for the Debtor(s) herein, I certify that on April 11, 2006 a copy of the foregoing Notice of Hearing was mailed, via first class mail, to the following:  the Debtor, to all creditors as listed on the attached matrix, to the Chapter 13 Trustee, Robert E. Hyman, Esquire, P.O. Box 1780, Richmond, Virginia, 23218, and to Leander D. Barnhill, Esquire, Office of the U.S. Trustee, P.O. Box 2246, Richmond, Virginia, 23217-2246.

/s/ Laura T. Alridge
Laura T. Alridge (VSB #42549)


Julia B. Adair (VSB # 45130)                                          Boleman Law Firm, P.C.
Laura Taylor Alridge (VSB #42549)                              2104 Laburnum Ave.
G. Russell Boleman III (VSB #32484)                          Suite 201
John R. Bollinger (VSB #46672)                                   P.O. Box 11588
Michael D. Brooks (VSB #50928)                                 Richmond, VA. 23230-1588
James M. Flaherty (VSB #68148)
Deanna Hensley Hathaway (VSB #44150)
Marcy W. Huster (VSB #68264)
Patrick T. Keith (VSB #48446)
Mark C. Leffler (VSB #40712)
Richard C. Pecoraro (VSB #48650)
Sharon Choi Stuart (VSB #45026)
Gregory Thomas (VSB #43662)
Counsel for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re
Ervin & JoAnn Maddrey                                    Case No. 05-30505-T
Debtor(s)                                                            Chapter 13

FIRST SUPPLEMENTAL APPLICATION FOR ALLOWANCE

**Pursuant to Local Rule 2016-1(C) Et. Seq., Notice Is Hereby Given That Any Objection To This Application Shall Be Made Within Ten (10) Days.**

Pursuant to § 330(a)(4)(B) of the Bankruptcy Code, FRBP 2016 and Local Bankruptcy Rule 2016-1, Counsel for Debtor(s), the attorneys at law of the Boleman Law Firm, P.C., ("Applicants") respectfully assert that they have prepared or supervised the preparation of the petition, schedules and plan, have represented Debtor(s) in all matters relating to this bankruptcy and will continue to do so.  Applicants assert that they have provided services and incurred costs that exceed the original estimate of legal fees and costs.  Applicants seek compensation through the Chapter 13 Trustee for those amounts that exceed the originally requested sum of legal fees and costs in this matter.

**Narrative Statement Regarding Supplemental Legal Services:** In support of this supplemental application, Applicants provide the following Narrative Statement as to Basis, Nature and Charge for Services Billed as Supplemental Fees and Costs:

We responded to urgent pre-petition threats by US Bank to repossess Mr. and Mrs. Maddrey's vehicle by communicating with them regarding our client's Chapter 13 bankruptcy filing.  Afterwards, the repossession threats ceased.

We responded to a pre-petition Warrant in Debt filed against our client by Moore Loans by communicating with the creditor regarding Mr. and Mrs. Maddrey's Chapter 13 bankruptcy filing.  Afterwards, the Warrant in Debt was dismissed.

We responded to a pre-petition discontinuance of utilities against our client by the City of Richmond by communicating with the creditor regarding Mr. and Mrs. Maddrey's Chapter 13 bankruptcy filing.  Afterwards, the services were restored.

Julia B. Adair (VSB # 45130)
Laura Taylor Alridge (VSB #42549)
G. Russell Boleman III (VSB #32484)
John R. Bollinger (VSB #46672)
Michael D. Brooks (VSB #50928)
James M. Flaherty (VSB #68148)
Deanna Hensley Hathaway (VSB #44150)
Marcy W. Huster (VSB #68264)
Patrick T. Keith (VSB #48446)
Mark C. Leffler (VSB #40712)
Richard C. Pecoraro (VSB #48650)
Sharon Choi Stuart (VSB #45026)
Gregory Thomas (VSB #43662)
Boleman Law Firm, P.C.
2104 Laburnum Ave
Suite 201
P.O. Box 11588
Richmond, VA. 23230-11588
Counsel for Debtor(s)

We responded to a pre-petition discontinuance of utilities against our client by Dominion Virginia Power by communicating with the creditor regarding Mr. and Mrs. Maddrey's Chapter 13 bankruptcy filing.  Afterwards, the services were restored.

We responded to an Objection to Plan filed by Central Furniture Company, Inc. due to the treatment of their secured claim in Mr. and Mrs. Maddrey's Chapter 13 plan by communicating with our clients and Central Furniture Company, Inc.  With our clients, we reviewed the Objection and discussed the options available to the.  We negotiated a settlement with Central Furniture Company, Inc. and the Objection was sustained at the hearing.  One court appearance was necessary during the pendency of this Objection.

We responded to an Objection to Plan filed by Romancing The Stone due to the treatment of their secured claim in Mr. and Mrs. Maddrey's Chapter 13 plan by communicating with our clients and Romancing The Stone.  With our clients, we reviewed the Objection and discussed the options available to the.  We negotiated a settlement with Romancing The Stone and the Objection was sustained at the hearing.  Accordingly, we modified Mr. and Mrs. Maddrey's Chapter 13 Plan to reflect the settlement terms with both Central Furniture Company, Inc. and Romancing The Stone.  One court appearance was necessary during the pendency of this Objection.

We responded to a Motion for Relief from Stay filed by Countrywide Home Loans, Inc. due to a post-petition mortgage payment default by communicating with Mr. and Mrs. Maddrey and the creditor.  With our clients, we reviewed the Motion, their payment history, and discussed the options available to them.  We negotiated a settlement with the creditor and a Consent Order was entered.  A total of two (2) court appearances were necessary during the pendency of this Motion.

**Initial Fees and Costs**:  The total computed amount of legal fees for time expended and recovery of costs for expenses advanced on behalf of the Debtor(s) for initial bankruptcy legal services is $ 2,265.68 (of which the Trustee paid $1,780.00 and the Debtor(s) paid $356.00 directly to Applicants).  Your Applicants voluntarily write down their claim to the remaining $ 129.68 balance of unpaid initial fees in favor of Debtor(s).

**Supplemental Fees and Costs**:  The total computed amount of legal fees for time expended and recovery of costs for expenses advanced on behalf of the Debtor(s) for supplemental bankruptcy legal services is $ 2,707.76.  Your Applicants voluntarily reduce the amount requested by $407.76 in favor of Debtor(s) and the estate.  Accordingly, Applicants limit their request for supplemental fees and costs to $2,300.00.  Applicants assert that performance of these services has benefited the estate and allowed unsecured creditors a larger than anticipated dividend.

**Date of Filing**:  Debtor(s) filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on 01/20/2005.

**Confirmation of Plan**: the Court has confirmed Debtor's first plan as well as any modified plan(s).

**Prior Fee Requests and Payments**:  That a previously submitted Chapter 13 Plan in this matter provided for Debtor(s)' attorneys' fees and costs in the amount of $ 1,780.00 which sum was either paid pre-petition by Debtor(s) or was to be paid through the Chapter 13 Trustee.  To date, Debtor(s) paid $ 356.00 toward costs.

**Nature and Charge for Services Billed as Original Fees and Costs**:  That original sum is the contractually agreed upon estimate of legal fees and costs which accrue in provision of those initial services to include (1) analysis of Debtor(s)' financial situation; (2) advice as to whether to file a petition in bankruptcy and in which chapter; (3) preparation and review of the petition, schedules and statement of affairs with Debtor(s); (4) preparation and review of the original Chapter 13 Plan; and (5) representation of Debtor(s) at the meeting of creditors.

**Exhibit in Support**:  The dates, activities and time of attorneys and para-professionals who provided services are stated with specificity on an Exhibit in Support of this application that was filed with the Court and is available for review in the Clerk's Office.

**No Retainer/No Billing of Client**:  Applicants neither holds a retainer or other funds of Debtor(s) to secure payment of any amounts allowed by this Court as compensation or reimbursement of expenses nor have applicants sent any bill for services to Debtor(s). All amounts received or paid, whether through the Chapter 13 Trustee or directly by the Debtor(s) are disclosed *supra* and fully detailed in the aforesaid Exhibit in Support.

**Sufficient Plan Reserves**:  Applicants reviewed Debtor's Chapter 13 Plan and budget and believe that the Chapter 13 Plan provides sufficient reserves or may be extended in time so that payments requested herein may be made without prejudice to any creditor, i.e. will not reduce the projected dividend to unsecured creditors.  The currently confirmed plan in this case provides a dividend of 10% for unsecured claims; however, the Chapter 13 Trustee currently projects a dividend of 21.47% to be paid through the plan on such claims.

As an attorney for the Debtor(s) herein, I do make oath that the above statements are true to the best of my knowledge and belief, that no agreement has been made, and that no understanding exists for a division of fees contrary to the provisions of Section 504 of the Bankruptcy Code.

WHEREFORE, your Applicants pray for allowance of all fees and costs paid to date plus the additional sum of $ 2,300.00, which amount is to be paid through the standing Chapter 13 Trustee, on account of your Applicants' additional legal services and costs.


/s/ Laura T. Alridge
Laura T. Alridge (VSB #42549)

CERTIFICATION OF SERVICE

As an attorney for the Debtor(s) herein, I certify that on April 11, 2006, the foregoing was forwarded via electronic service or mailed, via first class mail, to the following: Debtor(s), all creditors as listed on the attached matrix, the Standing Chapter 13 Trustee, and Leander D. Barnhill, Esquire, Office of the U.S. Trustee, P.O. Box 2246, Richmond, Virginia, 23217-2246.


/s/ Laura T. Alridge
Laura T. Alridge (VSB #42549)

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re
Ervin & JoAnn Maddrey                                              Case No. 05-30505-T
Debtor(s)                                                                            Chapter 13

EXHIBIT IN SUPPORT OF APPLICATION FOR ALLOWANCE

1.   The undersigned Applicant, Counsel for Debtor(s), respectfully represents unto the Court that your Applicant is an attorney for Debtor(s) in this matter, that your Applicant submitted an Application for Compensation to the Court.

2.   In support of that Application, your Applicant has prepared the attached Exhibit which states Applicants' actions and time spent in providing reasonable and necessary legal services to Debtor(s), an itemization of costs advanced in this matter, and the rates for the attorneys and para-professionals who provided services to Debtor(s).

3.   Attorneys who provided services and their hourly rates for bankruptcy practice are listed below.  Attorneys of the Boleman Law Firm limit their practice to bankruptcy matters.  For purposes of calculation of attorney fees, your Applicant asserts that a blended hourly rate of $ 295.00 per hour validly represents a reasonable rate that is actually lower than a rate based upon the individual rates of each attorney who provided services.  The fees requested in this Application reflect the previously agreed upon contract rate of $ 175.00 an hour.

| Name | Current Hourly Rate | Joined Firm | Last Rate Change |
|---|---|---|---|
| Julia B. Adair | $ 295.00 | 2004 | 10/2005 |
| Laura T. Alridge | $ 350.00 | 1998 | 10/2005 |
| Carl M. Bates | $ 250.00 | 1997 | 01/2004 |
| John Bollinger | $ 325.00 | 2004 | 10/2005 |
| G. Russell Boleman III | $ 395.00 | 1991 | 10/2005 |
| Michael D. Brooks | $ 275.00 | 2004 | 10/2005 |
| Butch F. Cabreros | $ 175.00 | 2002 | 01/2003 |
| James Flaherty | $ 275.00 | 2004 | 10/2005 |

| Name | | | |
|---|---|---|---|
| Deanna Hathaway | $ 335.00 | 2003 | 10/2005 |
| Marcy Huster | $ 275.00 | 2004 | 10/2005 |
| Patrick T. Keith | $ 325.00 | 2002 | 10/2005 |
| Mark C. Leffler | $ 350.00 | 2000 | 10/2005 |
| Richard Pecoraro | $ 325.00 | 2004 | 10/2005 |
| Steven P. Richards | $ 195.00 | 1997 | 01/2000 |
| Kim Spencer | $ 185.00 | 2003 | 01/2004 |
| Sharon Choi Stuart | $ 335.00 | 2001 | 10/2005 |
| Gregory A. Thomas | $ 295.00 | 2005 | 10/2005 |

4.     Para-professionals for whom your Applicant requests fees and their hourly rates are listed below.  For purposes of calculation of para-professional fees, your Applicant asserts that a blended hourly rate of $65.00 per hour validly represents a rate that is lower than a rate based upon the individual rates of each para-professional who provided services.

| Name | Current Hourly Rate |
|---|---|
| Ronnieye Arrington | $ 80.00 |
| Robin L. Barber | $ 85.00 |
| Anne Blackwell | $ 85.00 |
| Gayle E. Boleman | $ 95.00 |
| Holly Brown | $ 75.00 |
| Curtissa Buckner | $ 65.00 |
| Kensie Coleman | $ 80.00 |
| Joseph N. Colleran | $ 85.00 |
| Bonnie R. Cox | $ 95.00 |

| | |
|---|---|
| Michelle L. Cox | $ 75.00 |
| Brian Guillena | $ 65.00 |
| Maria Idriss-Guirreh | $ 75.00 |
| Lindsay Hanson | $ 80.00 |
| Angela P. Hines | $ 75.00 |
| Adrianne W. Hollie | $ 65.00 |
| Nadine M. Hubbard | $ 85.00 |
| Linda Kuhlmann | $ 65.00 |
| Jessie Munn | $ 75.00 |
| Kismet Ohree | $ 85.00 |
| Andrew Rowe | $ 80.00 |
| Melissa R. Sasser | $ 80.00 |
| Alison Scott | $ 95.00 |
| Tavariss Spinks | $ 65.00 |
| Anne Stratton | $ 65.00 |
| Dawn Thomas | $ 85.00 |
| Debbie K. Unger | $ 85.00 |
| Christine Vincenzes | $ 85.00 |
| M. Elizabeth Williams | $ 85.00 |
| Ursula Woolman | $ 65.00 |

/s/ Laura T. Alridge
Laura T. Alridge (VSB #42549)

| | | |
|---|---|---|
| Office of the US Trustee<br>600 East Main Street<br>Suite 301<br>Richmond, VA 23219 | ADT Security<br>RE: Bankruptcy<br>PO Box 650485<br>Dallas, TX 75265 | Alliance One<br>Re: Providian<br>P.O. Box 1961<br>Southgate, MI 48195 |
| Attention LLC<br>Re: Chippenham/JW Hospital<br>P.O. Box 2308<br>Sherman, TX 75091 | Bluegreen Resorts Management<br>Re: Bankruptcy<br>P.O. Box 810758<br>Boca Raton, FL 33481 | Capital One<br>Attn: Bankruptcy Dept<br>1957 Westmoreland Drive<br>Richmond, VA 23276-5617 |
| Cavalry Investment<br>7 Skyline Dr., 3rd Floor<br>Hawthorne, NY 10532 | Central Furniture<br>3700 Mechanicsville Turnpike<br>Richmond, VA 23223 | Chippenham/JW Hospitals<br>Attn: Bankruptcy Dept.<br>P.O. Box 13620<br>Richmond, VA 23225 |
| City of Richmond<br>Dept. of Finance/ Tax Enforce.<br>900 E. Broad St., Room 100<br>Richmond, VA 23219 | City of Richmond<br>Dept. Public Utilities<br>600 East Broad St.<br>Richmond, VA 23219 | Comcast<br>Attn: Bankruptcy Dept<br>5401 Staples Mill Road<br>Richmond, VA 23228-5421 |
| Commonwealth Anesthesia Assoc.<br>Attn: Bankruptcy Dept.<br>P.O. Box 35808<br>Richmond, VA 23235-0808 | Countrywide Home Loans<br>Attn: Bankruptcy Dept<br>P.O. Box 660694<br>Dallas, TX 75266-0694 | Credit Adjustment Board<br>Re: City of Richmond Utility<br>306 East Grace Street<br>Richmond, VA 23219 |
| Credit Management Inc.<br>RE: Comcast<br>4200 International Pkwy.<br>Carrollton, TX 75007 | Dominion Virginia Power<br>Attn: Bankruptcy Dept.<br>PO Box 26543<br>Richmond, VA 23290-0001 | Eggleston Karate Studios<br>10090 Midlothian Turnpike<br>Richmond, VA 23235 |
| Encore Receivable Management<br>RE: Household Bank<br>P.O. Box 3330<br>Olathe, KS 66063-3330 | First Premier Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 5114<br>Sioux Falls, SD 57117-5114 | Heilig Meyers<br>Claims Administrator<br>P.O. Box 3240<br>Portland, OR 97208-3240 |
| Household (Beneficial) Finance<br>Attn: Bankruptcy Dept.<br>961 Weigel Drive<br>Elmhurst, IL 60126 | Household Bank<br>Attn: Bankruptcy Dept.<br>PO Box 81622<br>Salinas, CA 93912-1622 | Merrick Bank<br>Attn: Bankruptcy Dept.<br>PO Box 9201<br>Old Bethpage, NY 11804 |
| Moore Loans, Inc.<br>Attn: Bankruptcy Dept<br>P.O. Box 12163<br>Richmond, VA 23241-0163 | North Shore Agency<br>RE: Wachovia<br>P.O. Box 8901<br>Westbury, NY 11590-8901 | Orchard Bank/Household<br>Attn: Bankruptcy Dept.<br>P.O. Box 17051<br>Baltimore, MD 21297 |
| Progressive Insurance<br>Re: Bankruptcy<br>10 Harpersville Rd<br>Newport News, VA 23601 | Providian<br>Attn: Bankruptcy Dept.<br>P.O. Box 99607<br>Arlington, TX 76096-9607 | Romancing the Stone<br>694 B Sharon Rd.<br>King William, VA 23086 |

| | | |
|---|---|---|
| Sallie Mae (SLMA)<br>Attn: Bankruptcy Dept<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | Samuel I. White, P.C.<br>Attys & Counselors<br>8550 Mayland Drive, Ste 202<br>Richmond, VA 23294-4704 | Sharon Bonds<br>3713 Grant Place NE<br>Washington, DC 20019 |
| Smiths Service Station<br>2701 Byron Street<br>Richmond, VA 23223 | Southwood Apartments<br>4641 Southwood Parkway<br>Richmond, VA 23224 | Summit Health Care, Inc.<br>Re: Bankruptcy<br>1401 Johnston Willis, Ste.5000<br>Richmond, VA 23235 |
| Suntrust Bank<br>Re: Student loan<br>1001 Semmes Avenue<br>Richmond, VA 23224 | SUPASTMGMT<br>18167 US Hwy. 19 N., Ste. 200<br>Clearwater, FL 33764 | T-Mobile<br>Re: Bankruptcy<br>P.O. Box 37380<br>Albuquerque, NM 87176-7380 |
| Texaco/Shell<br>Credit Card Center<br>P.O. Box 9151<br>West Des Moines, IA 50398 | The CBE Group, Inc.<br>Re: Shell Oil<br>P.O. Box 2547<br>Waterloo, IA 50704-2547 | US Bank<br>PO Box 790139<br>Saint Louis, MO 63179 |
| Verizon<br>RE: Bankruptcy<br>P.O. Box 17577<br>Baltimore, MD 21297-0513 | Wachovia Bank<br>P.O. Box 3117<br>Winston Salem, NC 27102 | |

|    | A          | B    | C                                                                                                                                                                                                                                                              | D       | E        |
|----|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|----------|
| 1  |            |      | Debtor(s): Ervin and JoAnn Maddrey                                                                                                                                                                                                                             |         |          |
| 2  | **Date**   | **Who** | **Description of Legal Services***                                                                                                                                                                                                                          | **A-Time** | **PP-Time** |
| 3  |            |      | *Services listed below may not be necessary to every case-time is only indicated for performed services*                                                                                                                                                       |         |          |
| 4  |            |      | Pre-consultation requirement: obtain name(s) and run conflicts check in firm calendar/client write-up system.                                                                                                                                                 |         |          |
| 5  |            |      | **Initial Legal Services**                                                                                                                                                                                                                                     |         |          |
| 6  |            |      | *Pre-Filing Services*                                                                                                                                                                                                                                          |         |          |
| 7  |            |      | *Client Consultation: Information Gathering, Organization, Analysis, Advice, Petition Preparation*                                                                                                                                                             |         |          |
| 8  | 12/30/2004 | APH  | Reminder call placed to client.                                                                                                                                                                                                                                |         | 0.0      |
| 9  | 12/31/2004 | APH  | Provide with firm information sheet, "Notice to individual consumer debtor(s)", information gathering forms: confidential client information form and income/expense budget forms; explain analysis and information disclosure requirements and procedures. |         |          |
| 10 | 12/31/2004 | APH  | Photocopy client's driver's license, all pay stubs and client information sheet.                                                                                                                                                                               |         | 0.1      |
| 11 | 12/31/2004 | APH  | Data entry of client information into firm's client database                                                                                                                                                                                                   |         | 0.1      |
| 12 | 12/31/2004 | APH  | Check U.S. Bankruptcy Court website(s) for previous filing information (print information/docket for file).                                                                                                                                                    |         | 0.1      |
| 13 | 12/31/2004 | APH  | Review client documents & initial client info form.                                                                                                                                                                                                            |         | 0.1      |
| 14 | 12/31/2004 | APH  | Gather information regarding any taxes and child support arrears owed.                                                                                                                                                                                         |         | 0.1      |
| 15 | 12/31/2004 | APH  | Gather initial information regarding real estate owned by client.                                                                                                                                                                                              |         | 0.1      |
| 16 | 12/31/2004 | APH  | Gather initial information regarding vehicles owned by client.                                                                                                                                                                                                 |         | 0.2      |
| 17 | 12/31/2004 | APH  | Review Kelley Blue Book and NADA internet site for retail and trade-in value of vehicles and print for attorney review.                                                                                                                                        |         | 0.2      |
| 18 | 12/31/2004 | APH  | Gather initial information on all potential secured debt.                                                                                                                                                                                                      |         | 0.2      |
| 19 | 12/31/2004 | APH  | Gather initial information on all unsecured debt.                                                                                                                                                                                                              |         | 0.2      |
| 20 | 12/31/2004 | APH  | Gather initial information on all personal property/assets.                                                                                                                                                                                                    |         | 0.2      |
| 21 | 12/31/2004 | APH  | Gather initial information on all household income.                                                                                                                                                                                                            |         | 0.2      |
| 22 | 12/31/2004 | APH  | Gather initial information on recently incurred debt, recent payments to creditors and recent transfers of property.                                                                                                                                           |         | 0.2      |
| 23 | 12/31/2004 | APH  | Run initial spreadsheet for attorney review                                                                                                                                                                                                                    |         | 0.2      |
| 24 | 12/31/2004 | APH  | Gather information, photocopy documentation, and finalize client(s) monthly expenses for initial determination of disposable income.                                                                                                                           |         | 0.4      |
| 25 | 12/31/2004 | RP   | Review Notice to Individual Consumer Debtor(s) with client.                                                                                                                                                                                                    | 0.2     |          |
| 26 | 12/31/2004 | RP   | Conference to confirm client(s)' financial information; analysis and classification of debts and assets; discussion of client(s)' financial situation and prospects of repayment.                                                                              | 0.3     |          |
| 27 | 12/31/2004 | RP   | Review and discuss complete real and personal property info sheet.                                                                                                                                                                                             | 0.2     |          |
| 28 | 12/31/2004 | RP   | Review and discuss priority creditors.                                                                                                                                                                                                                         | 0.1     |          |
| 29 | 12/31/2004 | RP   | Review and discuss secured and unsecured creditors.                                                                                                                                                                                                            | 0.1     |          |
| 30 | 12/31/2004 | RP   | Review and discuss potential exemptions.                                                                                                                                                                                                                       | 0.1     |          |
| 31 | 12/31/2004 | RP   | Review and discuss liquidation analysis.                                                                                                                                                                                                                       | 0.1     |          |
| 32 | 12/31/2004 | RP   | Review and discuss information on recently incurred debt, recent payments to creditors and recent transfers of property.                                                                                                                                       | 0.2     |          |

|    | A          | B   | C                                                                                                                                                        | D   | E   |
|----|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| 33 | 12/31/2004 | RP  | Review and discuss disposable income analysis.                                                                                                           | 0.1 |     |
| 34 | 12/31/2004 | RP  | Review and discuss dischargeability issues.                                                                                                              | 0.1 |     |
| 35 | 12/31/2004 | RP  | Review income and expense information with client(s); review pay stub and other information.                                                             | 0.2 |     |
| 36 | 12/31/2004 | RP  | Discuss non-bankruptcy and bankruptcy alternatives & review of spreadsheet.                                                                              | 0.2 |     |
| 37 | 12/31/2004 | RP  | Explain filing requirements, 341 meeting, payment to trustee, and client(s)' obligations.                                                                | 0.2 |     |
| 38 | 12/31/2004 | RP  | Discuss automatic stay provision and discharge of bankruptcy.                                                                                            | 0.2 |     |
| 39 | 12/31/2004 | RP  | Review of intake forms & obtain any additional information needed for next appointment                                                                   | 0.1 |     |
| 40 | 12/31/2004 | RP  | Run final spreadsheet of plan projections and payments and discuss with client.                                                                          | 0.2 |     |
| 41 | 12/31/2004 | RP  | Discuss credit report and obtain client's permission for credit report.  Discuss credit rehabilitation.  Discuss additional documents needed.            | 0.1 |     |
| 42 | 12/31/2004 | RP  | Set appointment to sign and review petition and plan.                                                                                                    | 0.1 |     |
| 43 | 12/31/2004 | APH | Set up of data organization and input file.                                                                                                              |     | 0.2 |
| 44 | 12/31/2004 | RP  | Attorney consultation notes and direction/schedule of future activities.                                                                                 | 0.3 |     |
| 45 | 12/31/2004 | APH | Post-consult quality control review of client file.                                                                                                      |     | 0.1 |
| 46 |            |     |                                                                                                                                                          |     |     |
| 47 |            |     | ***Preparation of Chapter 13 Petition and Related Documents***                                                                                           |     |     |
| 48 | 1/6/2005   | MEW | Request credit report on line and print copy for attorney review.                                                                                        |     | 0.1 |
| 49 | 1/6/2005   | MEW | Organize information for preparation of petition and plan; review credit report and reconcile with information given by client(s); identify and prepare additional information for input. |     | 0.2 |
| 50 | 1/6/2005   | MEW | Data input of petition information; print, review and proof documents.                                                                                   |     | 0.8 |
| 51 | 1/6/2005   | MEW | Prepare draft chapter 13 plan and compare to petition and spreadsheet analysis.                                                                          |     | 0.4 |
| 52 | 1/6/2005   | MEW | Set-up of chapter 13 file & chapter 13 sign packet                                                                                                       |     | 0.1 |
| 53 | 1/6/2005   | MEW | Quality control review of petition and plan.                                                                                                             |     | 0.1 |
| 54 |            |     |                                                                                                                                                          |     |     |
| 55 |            |     | ***Consultation to Review & Execute Documents and Authorize Filing with U.S.B.C.***                                                                      |     |     |
| 56 | 1/6/2005   | MEW | Reminder call placed to client; review docs needed and Abacus notes                                                                                      |     | 0.1 |
| 57 | 1/11/2005  | RP  | Collect filing fee and print receipt for client.                                                                                                         |     | 0.1 |
| 58 | 1/11/2005  | RP  | Client review and signature of Attorney/Client rights and responsibilities in Chapter 13                                                                 |     | 0.3 |
| 59 | 1/11/2005  | RP  | Client review and signature of Attorney/Client contract for legal services.                                                                              |     | 0.2 |
| 60 | 1/11/2005  | RP  | Client review and signature of "Notice to Individual Consumer Debtor(s)"                                                                                 |     | 0.1 |
| 61 | 1/11/2005  | RP  | Verification of residence and signature of "Declaration of Divisional Venue."                                                                            |     | 0.1 |
| 62 | 1/11/2005  | RP  | Client review of credit report, billing statements, and mailing matrix for completeness and accuracy; execute "Cover Sheet for List of Creditors."       |     | 0.4 |
| 63 | 1/11/2005  | RP  | Client signature of mailing matrix cover sheet                                                                                                           |     | 0.1 |
| 64 | 1/11/2005  | RP  | Client review and signature of Voluntary Petition & Schedules                                                                                            |     | 0.9 |
| 65 |            |     | Review and verification by client of schedule A                                                                                                          |     |     |
| 66 |            |     | Review and verification by client of schedule B                                                                                                          |     |     |
| 67 |            |     | Review and verification by client of schedule C                                                                                                          |     |     |
| 68 |            |     | Review and verification by client of schedule D                                                                                                          |     |     |

|     | A         | B    | C                                                                                                                                                                                | D   | E   |
|-----|-----------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| 69  |           |      | Review and verification by client of schedule E                                                                                                                                  |     |     |
| 70  |           |      | Review and verification by client of schedule F                                                                                                                                  |     |     |
| 71  |           |      | Review and verification by client of schedule G                                                                                                                                  |     |     |
| 72  |           |      | Review and verification by client of schedule H                                                                                                                                  |     |     |
| 73  |           |      | Review and verification by client of schedule I                                                                                                                                  |     |     |
| 74  |           |      | Review and verification by client of schedule J                                                                                                                                  |     |     |
| 75  |           |      | Review and verification by client of summary of schedules                                                                                                                        |     |     |
| 76  |           |      | Client review and signature of the Statement of Financial Affairs                                                                                                                |     |     |
| 77  |           |      | Client review of the Statement of Attorney Compensation                                                                                                                          |     |     |
| 78  |           |      | Complete and review with client of "Who do I pay?" instructions sheet                                                                                                            |     |     |
| 79  |           |      | Complete Wage Assignment information sheet for Chapter 13 Trustee                                                                                                                |     |     |
| 80  |           |      | Review "Bankruptcy Manual"; procedures, forms, correspondence with client.                                                                                                       |     |     |
| 81  |           |      | Provide client with "Documents Folder" and discuss 341 meeting and trustee's requirements.                                                                                       |     |     |
| 82  | 1/11/2005 | RP   | Client review and signature of Chapter 13 Timeline.                                                                                                                              |     | 0.1 |
| 83  | 1/11/2005 | RP   | Client review and signature of Client Payment Schedule.                                                                                                                          |     | 0.2 |
| 84  | 1/11/2005 | RP   | Client review of Mortgage/Car payment worksheet.                                                                                                                                 |     | 0.1 |
| 85  | 1/11/2005 | RP   | Review draft of Chapter 13 Plan. Obtain signature for Chapter 13 plan.                                                                                                           |     | 0.2 |
| 86  | 1/11/2005 | RP   | Review information regarding 341 meeting with Trustee: Questionnaire, Wage Order, Directions to Hearing and Attorney Photo.                                                      |     | 0.2 |
| 87  | 1/11/2005 | RP   | Review documents provided by clients: Evidence of real estate value, proof of auto insurance, pay stubs, and/or tax returns.                                                     |     | 0.1 |
| 88  | 1/11/2005 | RP   | Review booklet of documents and letters client will receive during bankruptcy case.                                                                                              |     | 0.2 |
| 89  | 1/11/2005 | RP   | Review petition, plan, and additional required documents for 341; complete and provide to client list of documents to be provided before 341 meeting.                            |     | 0.1 |
| 90  | 1/11/2005 | RP   | Provide client with copies of Right's and Responsibilities, Tan Contract, Timetable and Who Do I Pay                                                                             |     | 0.1 |
| 91  | 1/11/2005 | RP   | Client Consultation to Review & Execute Documents and Authorize Filing with U.S.B.C.                                                                                             | 0.2 |     |
| 92  | 1/11/2005 | RP   | Prepare and organize file for attorney review.                                                                                                                                   |     | 0.2 |
| 93  | 1/19/2005 | RP   | Initial pre-filing review of petition and authorize for filing with Court.                                                                                                       | 0.4 |     |
| 94  | 1/19/2005 | PTK  | Second attorney pre-filing review of petition and authorize for filing with Court.                                                                                               | 0.4 |     |
| 95  | 1/19/2005 | RP   | Initial review of plan and authorize for filing with Court.                                                                                                                      | 0.2 |     |
| 96  | 1/19/2005 | PTK  | Second attorney review of plan and authorize for filing with Court.                                                                                                              | 0.2 |     |
| 97  | 1/20/2005 | MRS  | Final quality control review of Petition; access PACER on behalf of attorney, file Petition.                                                                                     |     | 0.3 |
| 98  | 1/20/2005 | MRS  | Review for accurate collation, prepare photocopies of Petition, organize and log on USBC filing manifest                                                                         |     | 0.3 |
| 99  | 1/20/2005 | MRS  | Receive and log ECF Petition Notice, update client management system to include case information.                                                                                |     | 0.2 |
| 100 | 1/21/2005 | MRS  | Draft letter of instruction to client for inclusion of petition with clerk's ECF verification sheet. Forward client copy of Petition and letter to clients notifying them of 341 meeting date and time. |     | 0.3 |
| 101 | 2/3/2005  | MRS  | Final quality control review of Plan. Review for accurate collation, prepare photocopies of Plan, organize and log on USBC filing manifest                                       |     | 0.3 |
| 102 | 2/3/2005  | MRS  | Convert Plan document to .pdf format, access PACER on behalf of attorney, file plan via ECF.                                                                                     |     | 0.3 |

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 103 | 2/3/2005 | TS | Distribute plan copies to all parties. | | 0.4 |
| 104 | 2/3/2005 | MRS | Draft letter of instructions to client for inclusion with clerk's ECF verification sheet. Forward client copy and letter to clients. | | 0.3 |
| 105 | | | | | |
| 106 | | | ***Description of Legal Services Necessary for Declaration of Virginia Homestead Exemption*** | | |
| 107 | 12/31/2004 | RP | Analyze clients assets and advise as to declaration of Virginia Homestead Exemption | 0.2 | |
| 108 | 12/31/2004 | RP | Review Virginia Homestead Exemption with client. | 0.2 | |
| 109 | 12/31/2004 | APH | Contact locality for parcel ID for real estate, prepare Land Records Coversheet and Homestead Deed. | | 0.3 |
| 110 | 1/11/2005 | RP | Review with client for signature. | | 0.3 |
| 111 | 1/19/2005 | RP | Receive and review Virginia Homestead Deed for accuracy and signature. | 0.2 | |
| 112 | 1/19/2005 | AB | Prepare cover letter, check request, prepare file copy and forward for filing with appropriate court. | | 0.3 |
| 113 | 1/27/2005 | AB | Review copy of recorded Deed and receipt for payment of $ 21.00 filing fee. | | 0.2 |
| 114 | | | | | |
| 115 | | | ***341 Meeting*** | | |
| 116 | 1/21/2005 | MRS | Receive Notice of Meeting of Creditors; update client management system. | | 0.3 |
| 117 | 2/19/2005 | AB | Review clients' file to determine if all required documents are in place. Organize file for 341 meeting | | 0.3 |
| 118 | 2/19/2005 | AB | Telephone clients to remind of payment to trustee & date, time, location of 341 meeting. | | 0.2 |
| 119 | 2/19/2005 | AB | Draft and forward letter to clients regarding 341 meeting with trustee. | | 0.2 |
| 120 | 3/2/2005 | AB | Final pre-341 review of clients' file. Review records to determine if payment to Trustee has been made yet. | | 0.2 |
| 121 | 3/2/2005 | LTA | Conference with administrator regarding status of file. | 0.1 | |
| 122 | 3/2/2005 | AB | Final preparation of file for 341 meeting with trustee, to include: organize file in bag, prepare master list, organize and finalize the Docket report, prepare first payment envelope. | | 0.1 |
| 123 | 3/3/2005 | AB | Check in client at first meeting of creditors. Final quality control review of file and final briefing for first meeting of creditors. | | 0.1 |
| 124 | 3/3/2005 | LTA | Represent clients at first meeting of creditors before chapter 13 trustee. | 0.2 | |
| 125 | 3/3/2005 | AB | Update file notes and calendar after 341 meeting. | | 0.2 |
| 126 | 3/4/2005 | AB | Document clients' 1st payment to Trustee in case management system, forward to Trustee lockbox via US first class mail. | | 0.2 |
| 127 | | | | | |
| 128 | | | | | |
| 129 | | | | | |
| 130 | | | **Total Initial Attorney Time** | 5.4 | |
| 131 | | | Hourly Rate ( $175.00) | $175.00 | |
| 132 | | | **Total Initial Attorney Fees** | $945.00 | |
| 133 | | | **Total Initial Para-Professional Time** | | 13.5 |
| 134 | | | Hourly Rate ($ 65.00) | | $65.00 |
| 135 | | | **Total Initial Para-Professional Fees** | | $877.50 |
| 136 | | | **Total Initial Attorney and Para-Professional Fees** | | $1,822.50 |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 137 |  |  |  |  |  |
| 138 |  |  | **Initial Costs** | **Number** | **Balance Due** |
| 139 |  |  | Credit Report from Third Party Credit Reporting Agency | 2 | 20.00 |
| 140 |  |  | PACER & Other Research Costs | 2 | 14.00 |
| 141 |  |  | Printing & Photocopies of Client Documents & Materials Used in Preparing Petition & Plan; Contract, Rights and Responsibilities, Petition, Chapter 13 Plan, and Other Documents | 1188 | 297.00 |
| 142 |  |  | Client's Chapter 13 information notebook | 1 | 5.00 |
| 143 |  |  | Postage for Distribution of Petition Copy to Client | 1 | 2.20 |
| 144 |  |  | Postage for Distribution of Plan via Certified U.S. Mail | 3 | 8.31 |
| 145 |  |  | Postage for Distribution of Plan via 1st Class U.S. Mail | 50 | 30.00 |
| 146 |  |  | Facsimile copies received or sent on behalf of client | 0 | 0.00 |
| 147 |  |  | Postage for Correspondence to Client(s) and Other Parties | 3 | 1.29 |
| 148 |  |  | Payment to Circuit Court for Recordation of Homestead Deed | 1 | 21.00 |
| 149 |  |  | Postage for Delivery of First Plan Payment to Trustee via US Express Mail | 0 | 0.00 |
| 150 |  |  | Local telephone calls - $0.05 per minute | 312.5 | 15.63 |
| 151 |  |  | Long-distance telephone calls - $0.10 per minute | 287.5 | 28.75 |
| 152 |  |  | Printing & Photocopies of Pleadings | 0 | 0.00 |
| 153 |  |  | Postage for Distribution of Pleadings | 0 | 0.00 |
| 154 |  |  | **Total Initial Costs** |  | **$443.18** |
| 155 |  |  |  |  |  |
| 156 |  |  | **Total Initial Fees and Costs** |  | $2,265.68 |
| 157 |  |  | **<Directly Paid by Client Before Filing>** |  | $356.00 |
| 158 |  |  | **<Received through Trustee>** |  | $1,780.00 |
| 159 |  |  | **Total Initial Fees & Costs Written Down** |  | $129.68 |
| 160 |  |  |  |  |  |
| 161 |  |  |  |  |  |
| 162 |  |  |  |  |  |
| 163 |  |  |  |  |  |
| 164 |  |  |  |  |  |
| 165 |  |  | **SUPPLEMENTAL LEGAL SERVICES** |  |  |
| 166 |  |  |  |  |  |
| 167 |  |  | ***Description of Legal Services Necessary for Creditor's Pre-Petition Warrant in Debt*** |  |  |
| 168 | 1/20/2005 | JF | Telephone call to creditor/legal counsel to inform of bankruptcy filing, request cessation of collection actions; obtain fax number for forwarding Notice of Filing. |  | 0.2 |
| 169 | 1/20/2005 | JF | Prepare cover letter and fax to creditor/creditor counsel with ECF Petition and Schedule |  | 0.2 |
| 170 | 1/20/2005 | JF | Telephone call to verify receipt of fax and removal from docket |  | 0.2 |
| 171 |  |  |  |  |  |
| 172 |  |  | ***Description of Legal Services Necessary for City of Richmond's Pre-Petition Disconnection of Service*** |  |  |

|     | A         | B   | C                                                                                                                                                          | D   | E   |
|-----|-----------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|-----|
| 173 | 1/20/2005 | JF  | Telephone call to creditor/legal counsel to inform of bankruptcy filing, request cessation of collection actions; obtain fax number for forwarding Notice of Filing. | 0.2 |     |
| 174 | 1/20/2005 | JF  | Prepare cover letter and fax to creditor/creditor counsel with ECF Petition and Schedule                                                                   | 0.2 |     |
| 175 | 1/20/2005 | JF  | Telephone call to verify receipt of fax and confirm process of client to get service returned.                                                             | 0.2 |     |
| 176 | 1/21/2005 | LTA | Telephone cal to client to inform of process to have utilities restored.                                                                                   | 0.1 |     |
| 177 |           |     |                                                                                                                                                            |     |     |
| 178 |           |     | ***Description of Legal Services Necessary for US Bank's Pre-Petition Repossession***                                                                      |     |     |
| 179 | 1/20/2005 | JF  | Telephone call to creditor/legal counsel to inform of bankruptcy filing, request cessation of collection actions; obtain fax number for forwarding Notice of Filing. | 0.2 |     |
| 180 | 1/20/2005 | JF  | Prepare cover letter and fax to creditor with ECF Filing Notice , Plan and Proof of Insurance                                                              | 0.2 |     |
| 181 | 1/20/2005 | JF  | Telephone call to verify receipt of fax                                                                                                                    | 0.2 |     |
| 182 | 1/21/2005 | JF  | Telephone call with creditor to discuss treatment under chapter 13 plan, insurance, fees necessary for client to get car back.                             | 0.2 |     |
| 183 | 1/21/2006 | JF  | Telephone call with client to discuss steps necessary to get car back, fees that are required to be paid, how plan will change in order to retrieve car    | 0.3 |     |
| 184 |           |     |                                                                                                                                                            |     |     |
| 185 |           |     | ***Description of Legal Services Necessary for Dominions VA Power's Pre-Petition Disconnection of Service***                                               |     |     |
| 186 | 1/21/2005 | LTA | Telephone call from client stating that electricity was turned off.                                                                                        | 0.2 |     |
| 187 | 1/21/2005 | LTA | Telephone call to creditor/legal counsel to inform of bankruptcy filing, request cessation of collection actions; obtain fax number for forwarding Notice of Filing. | 0.2 |     |
| 188 | 1/21/2005 | LTA | Prepare cover letter and fax to creditor/creditor counsel with ECF Petition and Schedule                                                                   | 0.2 |     |
| 189 | 1/21/2005 | LTA | Telephone call to verify receipt of fax and removal from docket                                                                                            | 0.2 |     |
| 190 | 1/21/2005 | LTA | Telephone conference with client regarding outcome.                                                                                                        | 0.1 |     |
| 191 |           |     |                                                                                                                                                            |     |     |
| 192 |           |     | ***Description of Legal Services Necessary for Central Furniture's Objection to Plan***                                                                    |     |     |
| 193 | 2/16/2005 | SS  | Receive and review Objection to Plan and review chapter 13 plan to determine basis for claim.                                                              | 0.3 |     |
| 194 | 2/16/2005 | AB  | Prepare letter to client to inform of objection and to request an appointment for a conference.                                                            |     | 0.2 |
| 195 | 3/3/2005  | SS  | Conference with client to review objection, discuss options and obtain information necessary to respond.                                                   | 0.2 |     |
| 196 | 5/3/2005  | SS  | Telephone conference with creditor to discuss resolution of Objection.                                                                                     | 0.2 |     |
| 197 | 5/3/2005  | SS  | Telephone conference with client regarding resolution of Objection.                                                                                        | 0.2 |     |
| 198 | 5/3/2005  | DHH | Conference with administrator regarding status of Objection.                                                                                               | 0.2 |     |
| 199 | 5/4/2005  | DHH | Represent client at Hearing.                                                                                                                               | 0.2 |     |
| 200 | 5/4/2005  | SS  | Telephone conference with client to discuss outcome and effect on case.                                                                                    | 0.2 |     |
| 201 | 5/5/2005  | SS  | Receive and review Order Denying Confirmation.                                                                                                             | 0.1 |     |
| 202 | 5/5/2005  | AB  | Draft and send letter to client regarding plan modification.                                                                                               |     | 0.2 |
| 203 |           |     |                                                                                                                                                            |     |     |
| 204 |           |     | ***Description of Legal Services Necessary for Romancing The Stone's Objection to Plan***                                                                  |     |     |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 205 | 3/4/2005 | SS | Receive and review Objection to Plan and review chapter 13 plan to determine basis for claim. | 0.3 | |
| 206 | 3/4/2005 | AB | Prepare letter to client to inform of objection and to request an appointment for a conference. | | 0.2 |
| 207 | 5/2/2005 | SS | Conference with client to review objection, discuss options and obtain information necessary to respond. | 0.2 | |
| 208 | 5/3/2005 | SS | Telephone conference with creditor to discuss resolution of Objection. | 0.2 | |
| 209 | 5/3/2005 | SS | Telephone conference with client regarding resolution of Objection. | 0.2 | |
| 210 | 5/3/2005 | DHH | Conference with administrator regarding status of Objection. | 0.2 | |
| 211 | 5/4/2005 | DHH | Represent client at Hearing. | 0.2 | |
| 212 | 5/4/2005 | SS | Telephone conference with client to discuss outcome and effect on case. | 0.2 | |
| 213 | 5/5/2005 | SS | Receive and review Order Denying Confirmation. | 0.1 | |
| 214 | 5/5/2005 | AB | Draft and send letter to client regarding plan modification. | | 0.2 |
| 215 | 5/5/2005 | MBH | Telephone call from client regarding plan modification. | | 0.1 |
| 216 | 5/10/2005 | DHH | Access, print and review copy of Chapter 13 Trustee's operating case report from website. | 0.3 | |
| 217 | 5/10/2005 | DHH | Prepare spreadsheet reflective of changes in claims data, plan funding, term and operational analysis of plan. Prepare instructions to administrator for plan modification. | 0.4 | |
| 218 | 5/10/2005 | AB | Prepare draft chapter 13 plan and compare to petition and instructions from attorney. | | 0.4 |
| 219 | 5/10/2005 | AB | Telephone call to client to schedule conference to sign modified plan. | | 0.2 |
| 220 | 5/12/2005 | AB | Conference with client to review provisions of plan modification. | | 0.4 |
| 221 | 5/17/2005 | DHH | Review and execute modified plan; forward to ECF Department with instruction for copying, filing and distribution to trustee and creditors. | 0.2 | |
| 222 | 5/17/2005 | MRS | Final pre-filing review to confirm proper execution and description of modifications; prepare photocopies of plan, review for accurate collation, organize and log on USBC filing manifest. | | 0.3 |
| 223 | 5/17/2005 | MRS | Access PACER on behalf of attorney, convert plan to .pdf format, and file plan via ECF. | | 0.4 |
| 224 | 5/17/2005 | TS | Distribute plan copies to all parties. | | 0.4 |
| 225 | 5/17/2005 | MRS | Receipt and review of Clerk's ECF verification of filing plan; draft letter of instructions to client for inclusion with client copy of plan and clerk's ECF verification sheet. | | 0.2 |
| 226 | 7/14/2005 | SS | Receive and review Order confirming plan. | 0.1 | |
| 227 | | | | | |
| 228 | | | ***Description of Legal Services Necessary for Countrywide Home Loans' Motion for Relief from Stay*** | | |
| 229 | 7/11/2005 | SS | Receive and review creditor's motion for relief and review chapter 13 plan to determine basis for claim. | 0.3 | |
| 230 | 7/11/2005 | AB | Prepare letter to client to inform of motion and to request an appointment for a conference. | | 0.2 |
| 231 | 7/14/2005 | AB | Telephone call with client to review motion, discuss options and obtain information necessary to respond. | | 0.3 |
| 232 | 7/14/2005 | SS | Receive and review client's response to our letter for Motion for Relief. Client requests assistance in obtaining at least 30 days to cure arrears. | 0.2 | |
| 233 | 7/14/2005 | SS | Request payment history from creditor's counsel. | 0.2 | |
| 234 | 7/19/2005 | AB | Telephone call from client requesting status of Motion for Relief. | | 0.2 |
| 235 | 7/28/2005 | DHH | Receive creditor's payment history from counsel. | 0.2 | |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 236 | 7/28/2005 | DHH | Review payment history to determine extent of arrears. | 0.2 | |
| 237 | 7/28/2005 | DHH | Telephone conference with client to discuss details of payment history and ability to get current in payments. | 0.3 | |
| 238 | 7/28/2005 | DHH | Telephone conference with creditor to discuss resolution of Motion for Relief.  Propose terms of repayment.  Counsel for creditor will obtain authority from client and respond. | 0.2 | |
| 239 | 8/1/2005 | DHH | Telephone call to client regarding terms of Consent Order. | 0.2 | |
| 240 | 8/2/2005 | DHH | Conference with administrator regarding status of Motion. | 0.2 | |
| 241 | 8/3/2005 | DHH | Represent client at Preliminary Hearing on Motion for Relief.  Continued until 8/17/2005. | 0.3 | |
| 242 | 8/4/2005 | MBH | Telephone call from client requesting status of Motion for Relief. | | 0.1 |
| 243 | 8/9/2005 | DHH | Telephone call from client requesting status of Motion for Relief. | 0.3 | |
| 244 | 8/15/2005 | DHH | Telephone conference with creditor to discuss resolution of Motion for Relief.  Terms accepted by creditor. | 0.1 | |
| 245 | 8/15/2005 | DHH | Conference with client to inform that settlement has been offered, review terms of settlement with client | 0.2 | |
| 246 | 8/16/2005 | DHH | Conference with administrator regarding status of Motion. | 0.2 | |
| 247 | 8/17/2005 | DHH | Represent client at Preliminary Hearing on Motion for Relief.  Settled. | 0.3 | |
| 248 | 8/17/2005 | DHH | Receive and review Consent Order. | 0.2 | |
| 249 | 8/17/2005 | DHH | Endorse and return Consent Order to creditor for entry with Court. | 0.1 | |
| 250 | 8/17/2005 | DHH | Draft and send client letter regarding terms and conditions of Consent Order. | 0.3 | |
| 251 | 8/25/2005 | DHH | Receive and review entered Consent Order. | 0.1 | |
| 252 | | | | | |
| 253 | | | ***Claims Review and Other General Matters*** | | |
| 254 | 7/19/2005 | DKU | Review and print Trustee's Website, Claims filed on Pacer, and client's plan.  Update spreadsheet to model Trustee's administration of case. | | 0.8 |
| 255 | 7/19/2005 | MCL | Review administrator's analysis of claims filed. | 0.2 | |
| 256 | | | | | |
| 257 | | | ***Legal Services Necessary for Supplemental Fee Application*** | | |
| 258 | | LA | Review, prepare and submit for filing Supplemental Fee Application and attached exhibits- No Charge | | |
| 259 | | | | | |
| 260 | | | | | |
| 261 | | | **Total Supplemental Attorney Time** | 11.2 | |
| 262 | | | Hourly Rate ( $175.00) | $175.00 | |
| 263 | | | **Total Supplemental Attorney Fees** | $1,960.00 | |
| 264 | | | **Total Supplemental Para-Professional Time** | | 5.4 |
| 265 | | | Hourly Rate ($ 65.00) | | $65.00 |
| 266 | | | **Total Supplemental Para-Professional Fees** | | $351.00 |
| 267 | | | **Total Supplemental Attorney and Para-Professional Fees** | | $2,311.00 |
| 268 | | | | | |
| 269 | | | **Supplemental Costs** | | |
| 270 | | | PACER, Lexis & Other Research Costs | 0 | 0.00 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 271 | | | Printing & Photocopies of Client Documents & Materials | 21 | 5.25 |
| 272 | | | Printing & Photocopies of Pleadings | 546 | 136.50 |
| 273 | | | Postage for Distribution of Pleadings via Certified U.S. Mail | 0 | 0.00 |
| 274 | | | Postage for Distribution of Pleadings via 1st Class U.S. Mail | 50 | 30.00 |
| 275 | | | Printing & Photocopies of Modified Plan(s) | 768 | 192.00 |
| 276 | | | Postage for Distribution of Modified Plan(s) via Certified U.S. Mail | 0 | 0.00 |
| 277 | | | Postage for Distribution of Modified Plan(s) via 1st Class U.S. Mail | 50 | 30.00 |
| 278 | | | Facsimile copies received or sent on behalf of client | 0 | 0.00 |
| 279 | | | Postage for Correspondence to Client(s) and Other Parties | 7 | 3.01 |
| 280 | | | Printing & Photocopies of Amendment(s) | 0 | 0.00 |
| 281 | | | Postage for distribution of Amendments) | 0 | 0.00 |
| 282 | | | **Total Costs** | | $396.76 |
| 283 | | | | | |
| 284 | | | **Total Supplemental Fees & Costs** | | **$2,707.76** |
| 285 | | | **<Write Down in Favor of Client>** | | **$407.76** |
| 286 | | | **Supplemental Fees & Costs Requested for Allowance** | | **$2,300.00** |
| 287 | | | | | |
| 288 | | | | | |
| 289 | | | | | |
| 290 | | | | | |
| 291 | | | | | |