# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

In re:  **Ervin Connell Maddrey**                    **Case Number: 05-30505**
        **Joann Marie Maddrey**                       **Chapter :   13**

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

_____

        Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

_____                **Amount of Dividend**

**Ervin Connell Maddrey**                              $ 3.97
**Joann Marie Maddrey**
**112 E 31st St**
**Richmond, VA  23224**

\S\ Robert E. Hyman

**Dated: July 30, 2010**                        _____
                                                **(Signature of Trustee)**

**Robert E. Hyman**
**Standing Chapter 13 Trustee**
**P.O. Box 1780**
**Richmond, VA. 23218-1780**